

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00369-CV

| | | |
|---|---|---|
| Christopher Hoskins | § | From the 153rd District Court |
| | § | of Tarrant County (153-280594-15) |
| v. | § | December 22, 2016 |
| | § | Opinion by Justice Gardner |
| Perry Fuchs | § | Dissent by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order is affirmed.

It is further ordered that appellant Christopher Hoskins shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Anne Gardner_____
Justice Anne Gardner